In the Matter of SALVATORE MINGOIA, Landlord, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Submitted December 1, 1952; decided January 15, 1953.

*Jacob Miller* and *M. Marc Spar* for appellant.

*Harold Zucker* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.